# IN THE SUPREME COURT OF THE STATE OF NEVADA

COREY LEGGETT,
Appellant,

vs.

WASHOE COUNTY,
Respondent.

No. 80479

FILED

MAR 05 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from an order granting motion for judgment on the pleadings. Second Judicial District Court, Washoe County; Elliott A. Sattler, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the notice of appeal appears to have been prematurely filed under NRAP 4(a) because there is a pending motion to reconsider in the district court. This court may dismiss as premature a notice of appeal filed before entry of the written disposition of the last remaining timely motion listed in NRAP 4(a)(4). *See AA Primo Builders, LLC v. Washington*, 126 Nev. 578, 585, 245 P.3d 1190, 1195 (2010) (explaining when a motion for reconsideration has tolling effect

20-08820

under NRAP 4(a)(4)(C)); NRAP 4(a)(6).  We conclude that this court lacks jurisdiction over this appeal and accordingly we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

cc:  Hon. Elliott A. Sattler, District Judge
     Corey Leggett
     Washoe County District Attorney
     Washoe District Court Clerk